UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ANDRE WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HORNBLOWER YACHTS, LLC, et al.,<br><br>    Defendants. | Case No. 3:15-cv-04504-LB<br><br>**REFERRAL ORDER** |

The case is referred to Magistrate Judge Donna M. Ryu to conduct a settlement conference after the depositions in June and July, and as soon thereafter, as her schedule permits.

**IT IS SO ORDERED.**

Dated: June 8, 2016

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No.3:15-cv-04504-LB)