UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HORNBLOWER YACHTS, LLC, et al.,<br><br>    Defendants. | Case No.  3:15-cv-04504-LB   (DMR)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND DENYING PLAINTIFFS' MOTION TO APPEAR BY TELEPHONE OR VIDEO**<br><br>Re: Dkt. Nos. 42,  43, and 45 |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that the settlement conference previously scheduled for **August 2, 2016 at 11:00 a.m.** has been VACATED.

    Plaintiffs' motion to appear by Telephone or video [Docket 45] at the Settlement Conference is denied as moot.

    **IT IS SO ORDERED.**

Dated: July 29, 2016

DONNA M. RYU
United States Magistrate Judge