CHARLES S. BIRENBAUM (SBN 107894)
birenbaumc@gtlaw.com
LINDSAY E. HUTNER (SBN 238998)
hutnerl@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010

Wendy Johnson Lario (*pro hac vice*)
lariow@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone:  (973) 360-7900
Facsimile: (973) 301-8410

Attorneys for Defendants
Hornblower Yachts, LLC, dba Hornblower
Events and Cruises; Statue Cruises, LLC;
Liberty Landing Ferries, LLC

LARS A. HILTON (SBN 213284)
lars.hilton@hiltonlawfirm.com
123 Town Square Place #262
Jersey City, NJ 07310
Telephone:  (201) 736-0099

Attorneys for Plaintiffs
Andre Washington and Lester Tyson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Washington; Lester Tyson, Jr., <br><br>　　Plaintiffs, <br><br>　　v. <br><br>Hornblower Yachts, LLC, dba Hornblower Events and Cruises; Statue Cruises, LLC; Liberty Landing Ferries, LLC, <br><br>　　Defendants. | CASE NO.  3:15-cv-04504-LB <br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND CASE MANAGEMENT DEADLINES** <br><br><br>**Complaint filed:  April 7, 2014** <br>**First Am. Complaint filed:** <br>**　　Dec. 23, 2015** <br>**Trial Date:  January 9, 2017** |

Pursuant to the Stipulation to Extend Case Management Deadline filed by the parties in the above-entitled matter, and for good cause shown therein, the Court hereby ORDERS that:

1. The non-expert discovery completion deadline set forth in the Case-Management and Pretrial Order (Jury) [Docket No. 30] ("Case Management Order") is hereby extended to September 16, 2016;

2. The deadline for expert disclosures required by Federal Rules of Civil Procedure set forth in the Case Management Order is hereby extended to November 4, 2016;

3. The rebuttal expert disclosures is set forth in the Case Management Order is hereby extended to November 21, 2016;

4. The expert discovery completion deadline set forth in the Case Management Order is hereby extended to December 5, 2016;

5. The last hearing date for dispositive motions and/or further case management conference set forth in the Case Management Order is hereby extended to November 17, 2016;

6. The deadline to meet and confer re pretrial filings set forth in the Case Management Order is hereby extended November 21, 2016;

7. The pretrial filing deadline set forth in the Case Management Order is hereby extended to November 30, 2016;

8. The oppositions, objections, exhibits, and deposition designations deadlines set forth in the Case Management Order is hereby extended to December 7, 2016;

9. The pretrial conference date set forth in the Case Management Order is hereby extended to December 21, 2016; and

//
//
//
//
//

10. All other deadlines in the Case Management Order not specifically mentioned herein, including the date of trial, shall remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  8/10/2016

By: _____
Honorable Laurel Beeler
United States District Court Judge