Lars A. Hilton 213284
123 Town Square Place # 262
Jersey City, NJ  07310
(201) 736-0099
lars.hilton@hiltonlawfirm.com
*Attorney for Plaintiffs*
*Andre Washington and Lester Tyson, Jr.*

CHARLES S. BIRENBAUM
(SBN 107894)
birenbaumc@gtlaw.com
LINDSAY E. HUTNER (SBN 238998)
hutnerl@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010

Wendy Johnson Lario (*pro hac vice*)
lariow@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone:  (973) 360-7900
Facsimile: (973) 301-8410

Attorneys for Defendants
Hornblower Yachts, LLC, dba Hornblower
Events and Cruises; Statue Cruises, LLC;
Liberty Landing Ferries, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Washington; Lester Tyson, Jr., | ) Case No.: 3:15-cv-04504-LB |
| Plaintiffs, | ) Hon. Laurel Beeler |
| vs. | ) **ORDER RE DISMISSAL** |
| Hornblower Yachts, LLC, dba Hornblower Events and Cruises; Statue Cruises, LLC; Liberty Landing Ferries, LLC, | ) **Complaint filed:  April 7, 2014** <br> **First Am. Complaint filed:** <br> **Dec. 23, 2015** <br> **Trial Date:  January 9, 2017** |
| Defendants. | ) |

1

*SFO 596349268v1*

1

2

**ORDER**

3

Upon consideration of the foregoing Joint Stipulation of Dismissal with Prejudice, IT IS

4

HEREBY ORDERED THAT all remaining claims and causes of action of all parties, including

5

those brought forth in Plaintiffs' First Amended Complaint are hereby dismissed with prejudice.

6

The Parties, except as agreed otherwise, shall bear their own costs and attorneys' fees.

7

8

Dated: __12/5/2016_____    _____

9

Honorable Laurel Beeler
United States Magistrate Judge
Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER RE DISMISSAL        Case No.: 3:15-cv-04504-LB

*SFO 596349268v1*